IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| NORTHWEST IOWA TELEPHONE, LLC, | NO. 5:09-CV-4103-JEG |
|---|---|
| Plaintiff, | |
| v. | |
| MCI COMMUNICATIONS SERVICES, INC., d/b/a VERIZON BUSINESS SERVICES, | **JOINT STIPULATION AND NOTICE OF DISMISSAL** |
| Defendant. | |

COME NOW the parties, by and through counsel, to inform the Court that the matters herein have been resolved by agreement and to request that the case be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party will bear its own costs and fees.

1

Dated this 4th day of January, 2011       Respectfully submitted,

*/s/ Jeffrey J. Binder*_____       */s/ Rachel T. Rowley*_____
Jeffrey J. Binder*                         Rachel T. Rowley

The Watergate                              Philip E. Stoffregen
Suite 1107 North                           James H. Gilliam
2510 Virginia Avenue, N.W.                 Rachel T. Rowley
Washington, D.C. 20037                     Brown, Winick, Graves, Gross, Baskerville &
Telephone: 202-965-0199                    Schoenebaum P.L.C.
Facsimile: 202-965-0167                    666 Grand Avenue
j.j.binder@verizon.net                     Suite 2000 Ruan Center
                                           Des Moines, IA 50309
Lawrence P. McLellan                       Telephone: (515) 242-2415
Sullivan & Ward, P.C.                      Facsimile: (515) 323-8515
6601 Westown Parkway, Suite 200            PES@brownwinick.com
West Des Moines, IA. 50266                 JHG@brownwinick.com
Telephone: 515-247-4715                    rowley@brownwinick.com
Facsimile: 515-244-3599
Email: lmclellan@sullivan-ward.com         Joshua B. Simon*
                                           KIRKLAND & ELLIS
ATTORNEYS FOR PLAINTIFF,                   601 Lexington Avenue
NORTHWEST IOWA TELEPHONE, LLC              New York, NY 10022
                                           Telephone: 212-446-4800
                                           Facsimile: 212-446-4900
                                           joshua.simon@kirkland.com

                                           ATTORNEYS FOR DEFENDANT,
                                           MCI COMMUNICATIONS SERVICES, INC.
                                           D/B/A VERIZON BUSINESS SERVICES


*Admitted *pro hac vice*